Noah G. Hillen, ISB No. 7690
CHAPTER 7 BANKRUPTCY TRUSTEE
P.O. Box 6538
Boise, Idaho 83707
Telephone (208) 297-5774
Facsimile (208) 297-5224
ngh@hillenlaw.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re: | Case No. 19-00351-TLM |
|---|---|
| JANICEK, JOSHUA DALE<br>JANICEK, SARAH J.<br><br>                                Debtors. | Chapter 7<br><br>**MOTION TO (1) APPROVE USE OF PROPERTY PURSUANT TO SECTION 363 AND (2) APPROVE CARVEOUT AGREEMENT** |

   Pursuant to 11 U.S.C. § 363(b), Bankruptcy Rules 6004 and 9014, and LBR 2002.1, Noah Hillen (the "Trustee"), the chapter 7 trustee this case, moves this Court for approval to lease 185 shares of patron preferred stock (the "Stock") in the Snake River Sugar Company ("SRSC") for at least $100 per share. The Stock and their proceeds are subject to Rabo Agrifinance LLC's ("Rabo") perfected UCC lien. Rabo has agreed to carveout of 50% of the lease proceeds (estimated to total $9,250). Upon the closing the Trustee shall retain the Estate's share of the proceeds, and remit the balance to Rabo to be applied against its secured claim.

   The information required by LBR 2002.1 is set forth in this motion as follows:

   1.  **Description of Property.** 185 shares of Patron Preferred Stock in SRSC, which permits the grower to plant and deliver 185 acres of sugar beets to SRSC.

   2.  **Date, Time, and Place of Transaction.** Trustee shall conduct an auction on April 22, 2019, commencing at 1:00 p.m. MDT, at Trustee's office located at 3131 W. State Street, Suite 200, Boise, Idaho 83703. Telephonic appearances at this auction may be arranged by contacting Trustee at least one hour prior to the start of the auction.

**MOTION TO (1) APPROVE USE OF PROPERTY PURSUANT TO
SECTION 363 AND (2) APPROVE CARVEOUT AGREEMENT - 1**

3. **Material Terms of Transaction.** Multiple parties have expressed interest in leasing the shares at a rate of $100 per share. Trustee shall conduct an auction to determine the highest and best bid for the lease of the Stock, with the opening bid starting at $100 per share. Closing will be held at the convenience of the parties or as soon after Court approval as possible. Winning bidder will be required to sign Grower Agreement with SRSC and a 2019 Planting Agreement with SRSC. Lease is for the 2019 crop year only.

4. **Bidding Procedures.** The opening bid price shall be $18,500. Minimum bid increments shall be at least $100 (bid is for all 185 shares). Bidders may bid in increments of more than $100 if desired. Trustee shall also designate a backup bidder at the auction.

5. **Lease Not Free and Clear.** The Stock is subject to a UCC lien in favor of Rabo. Any lease of the Stock shall be subject to Rabo's lien rights. Rabo shall continue to hold its security interest in the leased Stock. Rabo will not obtain a security interest in any of the beets grown by the winning bidder. SRSC will also require that it approve the lease to the winning bidding, but has consented to this lease process.

6. **Fair Market Value.** Trustee believes the lease price is approximate to the fair market value of a lease for the 2019 growing season. SRSC can only consent to a lease of the Stock to a grower that already owns Patron Preferred Stock in the SRSC. Further, the Stock only permits a grower to plant beets within a 100 mile radius of Nampa, Idaho. Accordingly, there is a limited market for a lease of the Stock. Further, most farmers have already planted sugar beets for the season and planting at this late date may negatively impact the crop yield for the beets.

7. **Known Liens or Encumbrances.** The Stock is subject to a security interest in favor of Rabo. Rabo shall reserve any and all rights as to its security interest in the Stock and any and all rights it may have to any residual payments owed to Debtor from the 2018 crop year.

**MOTION TO (1) APPROVE USE OF PROPERTY PURSUANT TO
SECTION 363 AND (2) APPROVE CARVEOUT AGREEMENT - 2**

8. **Distribution of Proceeds.** Subject to Court approval of the carveout, the bankruptcy estate will receive 50% of the lease proceeds and Rabo shall receive the other 50%. All other revenue received by the estate, including any patronage or other payments, shall be remitted to Rabo.

9. **Objections.** Pursuant to Bankruptcy Rule 6004(b), if you object, you must file a written objection with the U.S. Bankruptcy Court (550 W. Fort St., MSC 042, Boise, ID 83724) prior to the April 22, 2019 hearing on this motion commencing at 1:30 pm MDT. You must also serve a copy upon the Trustee (Noah G. Hillen, P.O. Box 6538, Boise, ID 83707). You may also attend the scheduled hearing and present your views or support your filed response.

10. **No Tax Consequences to Bankruptcy Estate.** Trustee does not estimate any tax consequences to the bankruptcy estate from this transaction.

11. The Trustee believes and certifies that all interested parties have been properly notified pursuant to Bankruptcy Rules 2002 and 6004, and LBR 2002.1. The Trustee believes the proposed use is in the best interest of the estate and creditors.

12. THIS TRANSACTION IS "AS IS, WHERE IS," AND WITHOUT WARRANTY OF ANY NATURE WHATSOEVER, EITHER EXPRESSED OR IMPLIED. The Trustee requests that approval of this use of property shall be effective immediately and the 14-day stay imposed by Fed. R. Bankr. P. 6004(h) and other rules are hereby waived.

DATED April 17, 2019.

/s/ Noah G. Hillen
Chapter 7 Bankruptcy Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**Patrick John Geile**   pgeile@foleyfreeman.com, abennett@foleyfreeman.com;r59345@notify.bestcase.com

**R Ron Kerl**   Ron@cooper-larsen.com, kelli@cooper-larsen.com,bobbi@cooper-larsen.com

**Sheila Rae Schwager**   sschwager@hawleytroxell.com, cdavenport@hawleytroxell.com

**US Trustee**   ustp.region18.bs.ecf@usdoj.gov

AND, I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants via U.S. Mail, Postage Prepaid:

Attached matrix.

/s/ Noah G. Hillen
Chapter 7 Bankruptcy Trustee

**MOTION TO (1) APPROVE USE OF PROPERTY PURSUANT TO SECTION 363 AND (2) APPROVE CARVEOUT AGREEMENT - 4**