UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>Janicek, Joshua D.<br>Janicek, Sarah J.<br><br>　　　　　　　Debtors. | Case No. 19-00351-TLM<br><br>Chapter 7 |

This matter came before the Court on Trustee's First Objection to Exemption ("Objection") (Dkt. No. 70) filed by Noah Hillen (the "Trustee"), the chapter 7 trustee for the bankruptcy estate of Joshua Janicek and Sarah Janicek (the "Debtors").

The Court having considered the Objection, Debtors' Response to Trustee's First Objection to Exemption (Dkt. No. 83), Trustee's Memorandum in Support of Objections to Exemption (Dkt. No. 99)' the Court having conducted a hearing regarding the Objection on September 23, 2019, with appearances being noted on the record; all objections to this order being resolved, overruled or withdrawn; and after due deliberation and consideration and sufficient cause appearing therefor;

IT IS HEREBY ORDERED that:

1.　　Pursuant to I.C. § 55-1003, Debtors' homestead exemption as to the Real Property is allowed in the amount of $0.

2.　　Debtors are entitled to reserve all rights they have regarding the homestead exemption, which arise under 11 U.S.C. §§ 522(g), (h), (i), and (j).

// end of text //

DATED: September 24, 2019



_____
TERRY L. MYERS
U.S. BANKRUPTCY JUDGE

Order submitted by Noah G. Hillen, Chapter 7 Bankruptcy Trustee.

APPROVED AS TO FORM AND CONTENT ON SEPTEMBER 23, 2019

/s/ Patrick J. Geile (via email)
Counsel for Debtors